**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 16-2239**

───────────

CHRIS W. TAYLOR, for himself and all others similarly situated; WILLIAM G. HARRISON, SR.; CATHY HORTON HUNT; SHARON SOUTHWOOD; DORMAN BEASLEY; BRENDA BEASLEY,

　　　　　Plaintiffs - Appellants,

　　and

LINDA SHERYL LUCAS,

　　　　　Plaintiff,

　　　　v.

LEE W. BETTIS; PAT LEIGH PITTMAN; JOANNE K. PARTIN; ROBERT L. EMANUEL; STEPHEN A. DUNN; RAYMOND E. DUNN, JR.; EMANUEL & DUNN, PLLC, a North Carolina professional limited liability company and 18 U.S.C. 1961(4) association-in-fact; BETTIS DUNN & DUNN, a North Carolina general partnership and 18 U.S.C. 1961(4) association-in-fact; W. ANDREW ARNOLD; LAW OFFICES OF W. ANDREW ARNOLD PC, a South Carolina corporation and 18 U.S.C. 1961(4) association-in-fact,

　　　　　Defendants - Appellees,

　　and

CCDN, LLC., a Nevada limited liability company and 18 U.S.C. 1961(4) association-in-fact; LEGAL DEBT CURE, LLC, a Nevada limited liability company and 18 U.S.C. 1961(4) association-in-fact; R.K. LOCK & ASSOCIATES, d/b/a CCDN, LLC., or The Credit Collections Defense Network, an Illinois sole proprietorship and 18 U.S.C. 1961(4) association-in-fact; JEN DEVINE; ROBERT K. LOCK, JR.; COLLEEN LOCK; PHILIP M. MANGER; S. JOHN HAGENSTEIN; THE CREDIT CARD SOLUTION, a Texas sole proprietorship and 18 U.S.C. 1961(4) association-in-fact; ROBERT M. LINDSEY;

BARRISTER LEGAL SERVICES PC, an Illinois corporation and 18 U.S.C. 1961(4) association-in-fact; RICHARD JUDE WASIK; RICHARD D. RUSS; ERNEST GREG BRITT, JR.; R&G MARKETING, a Florida general partnership and 18 U.S.C. 1961(4) association-in-fact; EXCELL MARKETING LLC, a Florida limited liability company and 18 U.S.C. 1961 (4) association-in-fact; RODNEY EMIL BRISCO; DEBT JURISPRUDENCE INC., a Missouri corporation and 18 U.S.C. 1961(4) association-in-fact; AEGIS CORPORATION, a Missouri corporation and 18 U.S.C. 1961(4) association-in-fact; M. DAVID KRAMER; MARCIA M. MURPHY; TRACY WEBSTER,

Defendants.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Fox, Senior District Judge.  (7:09-cv-00183-F; 7:09-cv-00081-F)

---

Submitted:  June 27, 2017                    Decided:  July 14, 2017

---

Before KING, WYNN, and FLOYD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Christopher W. Livingston, White Oak, North Carolina, for Appellants.  Philip A. Collins, BAILEY & DIXON, LLP, Raleigh, North Carolina; Melody J. Jolly, Patrick M. Mincey, CRANFILL SUMNER & HARTZOG LLP, Wilmington, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants appeal the district court's orders granting the Arnold Defendants' motion to dismiss, granting the E&D Defendants' motion for judgment on the pleadings, granting default judgment against other defendants and awarding damages, and entering final judgment. We have reviewed the record and find no error. As to their argument for sevenfold damages, Appellants merely repeat the argument they raised to the district court, but have failed to identify any error in the district court's consideration of appropriate damages. As to the remainder of Appellants' arguments, we affirm for the reasons stated by the district court. *Taylor v. Bettis*, Nos. 7:09-cv-00183-F; 7:09-cv-00081-F (E.D.N.C. Sept. 30, 2013; Mar. 27, 2014; Apr. 7, 2016; Sept. 26, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*